220 So.2d 258

**David Earl TRAMMELL**

v.

**STATE.**

**6 Div. 363.**

Court of Appeals of Alabama.

Oct. 22, 1968.

Rehearing Denied Nov. 12, 1968.

McCollough & McCollough, Birmingham, for appellant.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State.

JOHNSON, Judge.

Appellant pled guilty in open court to "grand larceny". Count One of the indictment follows Form 66, Sec. 259, Tit. 15, Code of Ala., 1940.

Hence, all questions as to the remaining counts in the indictment are immaterial. The plea of guilty under Busby v. Holman, 356 F.2d 75 (5th Cir., 1966) requires that the judgment below be

Affirmed.